# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )     CR 215-003 |
| | ) |
| BYRON JAVONNE DELOATCH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This Court, having considered the government's Consent Motion to Correct and Supplement Record, hereby GRANTS that motion and ORDERS that the Court's record of this case be supplemented to include the exhibits attached to that motion, which, the parties stipulate, were initially submitted by the government as evidence during the final supervised release revocation hearing held in this case on August 31, 2015.

This ⊥⊥ day of January, 2016.

_____
HON. LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT